# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CAMPBELL,<br><br>　　　　Petitioner,<br><br>v.<br><br>JOHN SUTTON,<br><br>　　　　Respondent. | Case No. CV 17-08714-AB (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: July 11, 2018

　　　　　　　　　　　　　　　　　　ANDRE BIROTTE JR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE