# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CAMPBELL,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN SUTTON,<br><br>        Respondent. | Case No. CV 17-08714-AB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 11, 2018

ANDRE BIROTTE JR
UNITED STATES DISTRICT JUDGE